IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Amarillo DIVISION

(Name All Plaintiffs and Defendants)

Volvo Financial Services,
a division of VFS US LLC

vs.

W.H Coffman, Inc.;
William Hardy Coffman; and
Keva Coffman

CIVIL NUMBER    2:17-CV-184-J

Complete the following if judgment was rendered in another District:

District: _____
Docket Number: _____
Date Entered: _____

## ABSTRACT OF JUDGMENT

In the above entitled and numbered cause a judgment was entered in this Court, or other United States District Court as indicated above and registered herein, on the  5th  day of   December  , 2017 , in favor of                         Volvo Financial Services,  a division of VFS US LLC
against      W.H Coffman, Inc.;  William Hardy Coffman; and  Keva Coffman, jointly and severally,

in the sum of $                          159,483.52                          with interest at the rate of  1.62  per cent per annum from the   5th   day of   December  ,  2017  .

Costs have been taxed by the Clerk of Court in the sum of $                 0.00                .

Credits reflected by returns on execution in the sum of $                 0.00                .

The address of the defendant shown in this suit in which said judgment was rendered:  for all Defendants,                       10800 Cemetery Road, Canyon, TX 79015                       or nature of citation and date and place citation served:
_____.

I certify that the above and foregoing is a true and correct abstract of judgment rendered or registered in this Court.

Witness my hand and seal of the Court this _____ day of _____, 20____.

KAREN MITCHELL, CLERK

By _____
Deputy Clerk