IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Amarillo DIVISION

(Name All Plaintiffs and Defendants)

Volvo Financial Services,
a division of VFS US LLC

vs.

W.H Coffman, Inc.;
William Hardy Coffman; and
Keva Coffman

CIVIL NUMBER    2:17-CV-184-J

Complete the following if judgment
was rendered in another District:

District: _____
Docket Number: _____
Date Entered: _____

## ABSTRACT OF JUDGMENT

In the above entitled and numbered cause a judgment was entered in this Court, or other United States District Court as indicated above and registered herein, on the  5th  day of    December   , 2017 , in favor of _____ Volvo Financial Services,  a division of VFS US LLC _____ against _____ W.H Coffman, Inc.;  William Hardy Coffman; and  Keva Coffman, jointly and severally, _____

in the sum of $ _____ 159,483.52 _____ with interest at the rate of  1.62  per cent per annum from the   5th   day of   December  ,  2017  .

Costs have been taxed by the Clerk of Court in the sum of $ _____ 0.00 _____.

Credits reflected by returns on execution in the sum of $ _____ 0.00 _____.

The address of the defendant shown in this suit in which said judgment was rendered:  for all Defendants,  _____ 10800 Cemetery Road, Canyon, TX 79015 _____ or nature of citation and date and place citation served:
_____.

I certify that the above and foregoing is a true and correct abstract of judgment rendered or registered in this Court.

Witness my hand and seal of the Court this  22nd  day of  December , 20 17 .

KAREN MITCHELL, CLERK

By   /s/ A. Cobb   
Deputy Clerk